**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00614-REB-02

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. MIGUEL ARRIOLA

 Defendant.

---

## MINUTE ORDER[1]

---

 On **March 13, 2007**, at 10:00 a.m., the court shall conduct a telephone conference call in order to set deadlines for the filing of pretrial motions. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: March 6, 2007

-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.