IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 03-cr-00614-REB-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL ARRIOLA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the defendant's **Motion for Temporary Release Or Allied Relief** [Doc. # 25, filed 3/12/2007] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the United States shall comply with its representations concerning attorney visits contained on page 6 of its Response [Doc. # 37, filed 3/19/2007], as follows:

1. All future attorney visits will not be conducted in the non-contact room, but rather will occur in the general visiting room;

2. Upon appointment, defense counsel may obtain private access to the defendant during non-social visiting hours; and

3. Subject to the same advance approval rules that are applicable at the Federal

Detention Center, defense counsel may utilize laptop computers and other equipment necessary to review discovery in electronic format.

DATED March 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge