**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00614-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MIGUEL ARRIOLA,

    Defendant.

## SCHEDULING ORDER

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Proposed Schedule for the Filing of Pretrial Motions** [#52], filed June 1, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the following deadlines should be in place for the filing of pretrial motions in this matter.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Proposed Schedule for the Filing of Pretrial Motions** [#52], filed June 1, 2007, is **APPROVED**;

    2. That the defendant's pretrial motions shall be filed on or before **September 4, 2007**;[1]

    3. That the government's responses are due **September 18, 2007**; and

---

[1] Defendant number one, Oscar Arriola, has not been arrested or otherwise brought before the court.

4. That all timely filed pretrial motions that the court determines should be set for hearing shall be set for hearing at a telephonic motions' hearing setting conference on **September 20, 2007**, at 10:00 a.m., at which the defendant **need not appear or participate**; provided, furthermore, that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated June 4, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**