# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00614-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MIGUEL ARRIOLA,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on defendant's **Unopposed Third Motion To Extend Time Within Which To File Pretrial Motions** [#59], and defendant's **Motion For Leave To File Document Out Of Time** [#60], both filed December 6, 2007. The **Motion For Leave To File Document Out Of Time** [#60], is **GRANTED**, and the **Unopposed Third Motion To Extend Time Within Which To File Pretrial Motions** [#59], is accepted for filing.

After careful review of the motion and the file, the court has concluded that the motion to extend time within which to file pretrial motions should be granted.

On the existing record the court finds and concludes after considering the factors at 18 U.S.C. § 3161(h)(8)(B)(i)-(iv) that the ends of justice served by granting the motions outweigh the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Third Motion To Extend Time Within Which To File Pretrial Motions** [#59], filed December 6, 2007, is **GRANTED**;

2. That pretrial motions **SHALL BE FILED** by **March 6, 2008**;

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

4. That a response to a timely filed pretrial motion shall be filed within (11) days of the filing of the pretrial motion;[2]

5. That the telephonic motions hearing setting conference previously set for December 21, 2007, is **VACATED** and is **RESET** to **March 24, 2008**, at 10:00 a.m., at which the defendant **need not appear or participate**; provided, furthermore, that if no motions are timely filed, then the telephonic motions hearing setting conference shall be converted to a telephonic trial setting conference; and

6. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: December 7, 2007

---

[2] Amended papers, including amended motions, petitions, responses, or replies shall not be filed without leave of court. Supplements to papers, including motions, petitions, responses, or replies, shall not be filed without leave of court. Replies to responses shall not be filed without leave of court. Leave of court must be obtained before such papers may be filed. A request for leave to file such a paper shall not be contained or included in the paper sought to be filed.