**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00614-REB-02

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. MIGUEL ARRIOLA,

 Defendant.

## MINUTE ORDER[1]

 On Monday, October 26, 2009, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel, and with their consent,

 **IT IS ORDERED** as follows:

 1. That on **November 16, 2009**, commencing at 10:30 a.m., the court shall conduct a change of plea hearing in this matter; and

 2. That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

 Dated: October 26, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.