# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00614-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MIGUEL ARRIOLA,

    Defendant.

## MINUTE ORDER[1]

On January 20, 2010, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing hearing as to this defendant is set for **March 26, 2010**, at 9:00 a.m.; and

2. That any objections to the presentence report must be filed by **February 26, 2010**; government's responses to be filed by **March 12, 2010**.

Dated: January 20, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.