**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00614-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MIGUEL ARRIOLA,

    Defendant.

---

## MINUTE ORDER[1]

---

On March 4, 2010, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing hearing as to this defendant is set for **May 7, 2010**, at 2:30 p.m., the court reserving the remainder of the afternoon for this hearing; and

2. That any objections to the presentence report must be filed by **April 12, 2010**; government's responses to be filed by **April 26, 2010**.

Dated: March 4, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.